UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-CV-14261-RLR

LATONYA PIERCE,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS d/b/a/ MARTIN
CORRECTIONAL INSTITUTION,

    Defendant.
_____/

## **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, LATONYA PIERCE**

The undersigned counsel, pursuant to Rule 11.1, Local Rules of the United States District Court for the Southern District of Florida, moves this Honorable Court for entry of an Order permitting the law firm of GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L.L.C. and its attorneys to withdraw from the representation of Plaintiff, LATONYA PIERCE. For the reasons set forth below, we pray that the instant Motion to Withdraw be properly granted.

1. Lorenzo Williams, Esquire and the law firm of GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L.L.C. are counsel of record for the Plaintiff, Latonya Pierce in the instant action.

2. Counsel's last known conversation with Plaintiff, Latonya Pierce was on or about September 20, 2018. More importantly, counsel has been unable to respond to Defendant's outstanding discovery, filed on September 5, 2018, or prepare Ms. Pierce for her deposition, scheduled for December 4, 2018. These actions adversely affect counsel and has made it legally impossible for counsel to continue to litigate this case.

Counsel for Plaintiff has made repeated failed attempts to contact Plaintiff via telephone calls, texts, email and mailed correspondence to no avail.

3. Pursuant to the provisions of the Florida Rules of Professional Conduct 4-1.16 (b) (1) and (3):  A lawyer may withdraw from representing a client if:

   1. Withdrawal can be accomplished without material adverse effect on the interests of the client;
   3. The client fails to substantially fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless obligation is fulfilled.

4. Given the circumstances detailed in paragraph 2, there exists good reasons to permit the withdrawal of counsel for Ms. Pierce.

5. This Motion to Withdraw is not made for purposes of delay; it is made in good faith and based upon information by the undersigned counsel that the continued representation of the Plaintiff by undersigned counsel will be legally impossible due to the client's inability or unwillingness to respond to counsel.

6. Service of this motion was made to client via email and certified mail, pursuant to Florida Rule of Judicial Administration 2.060 at her last known address:

Ms. LaTonya Pierce
5655 Harper Boulevard
Marrow, Georgia 30260
Telephone:  772-267-0572
Email: lailalewis32812@gmail.com

Service was also made more than ten (10) days prior to this Motion to Withdraw.

7. Service was also made on Defendants pursuant to Fla. R. Jud. Admin. 2.060 and

Defendant has no objection to filing of this instant motion.

**WHEREFORE**, the undersigned counsel respectfully requests that this Court enter an Order: a) Granting this Motion; (b) Authorizing Lorenzo Williams, Esq. and the law firm of Gary, Williams, Parenti, Watson & Gary, P.L.L.C. to withdraw as counsel of record for Plaintiff Latonya Pierce; (c) Relieving Lorenzo Williams, Esquire and Gary, Williams, Parenti, Watson & Gary, P.L.L.C. of any and all further obligations on behalf of Plaintiff, Latonya Pierce in this action; (d) Providing Plaintiff Pierce with at least thirty (30) days to retain successor counsel before any additional pretrial deadlines are imposed upon her; (e) Directing that all future pleadings, motions, discovery and any all other communications concerning this matter be sent to Latonya Pierce, 5655 Harper Boulevard Marrow, Georgia 30260 (Telephone Number: 772-267-0572; Email Address: lailalewis32812@gmail.com and latonya_pierce@yahoo.com) until such time as successor counsel enters an appearance on the record; (f) Awarding such other and further relief as this Court deems just and proper.

Dated: December 5, 2018  Respectfully submitted,

*/s/Lorenzo Williams*
Lorenzo Williams, Esquire
Florida Bar No. 249874
E-mail: lw@williegary.com
E-mail: amar@williegary.com
Email: tere@williegary.com
Gary, Williams, Parenti, Watson & Gary, P.L.L.C.
221 S.E. Osceola Street
Stuart, Florida 34994
Telephone: 772-283-8260
Facsimile: 772-219-3365
Attorneys for Plaintiff Latonya Pierce

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing document was served by electronically filing with the Clerk of Court using its CM/ECF system on **December 5, 2018** on all counsel or parties of record on the Service List below.

*/s/ Lorenzo Williams*

## SERVICE LIST

Lorenzo Williams, Esquire
E-mail: lw@williegary.com
E-mail: amar@williegary.com
Email: tere@williegary.com
Gary, Williams, Parenti, Watson
  & Gary, P.L.L.C.
221 S.E. Osceola Street
Stuart, Florida 34994
Telephone: 772-283-8260
Facsimile:  772-219-3365
Attorneys for Plaintiff, Latonya Pierce

James O. Williams, Jr., Esquire
eservice@wlclaw.com
Williams, Leininger & Crosby, P.A.
11300 US Highway One, Suite 300
North Palm Beach, Florida 33408
Telephone: 561-615-5666
Facsimile:  561-615-9606
Attorneys for Defendant

Ms. LaTonya Pierce
5655 Harper Boulevard
Marrow, Georgia 30260
Telephone:  772-267-0572
Email: lailalewis32812@gmail.com
Plaintiff in above styled case